UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                       §
                                       §
GIULIANI, MICHAEL S                    §     Case No. 11-25056
                                       §
                                       §
          Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                 . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Phillip D. Levey_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael S. Giuliani |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BOILERMAKER NATIONAL HEALTH WELFARE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| RAYNES, JEFFREY S. | | | | | |
| RAYNES, JEFFREY S. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnold Scott Harris, P.C. 600 W. Jackson Blvd., Suite 720 PO Box 5625 Chicago, IL 60680 | | | | | |
| | Athletico 625 Enterprise Dr Oak Brook, IL 60523 | | | | | |
| | Capital Management Services 726 Exchange St. Suite 700 Buffalo, NY 14210 | | | | | |
| | City of Chicago 400 W. Superior Chicago, IL 60610 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668 | | | | | |
| | Comcast 4851 N. Milwaukee Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corona Regional Medical Center 800 S. Main St Corona, CA 92882 | | | | | |
| | Credit Collection Services Two Wells Ave., Dept. 9135 Newton Center, MA 02459 | | | | | |
| | Dermatology of the North Shore 400 Skokie Blvd # 475 Northbrook, IL 60060-7930 | | | | | |
| | Emergency Physicians PO BOX 3475 Toledo, OH 43607 | | | | | |
| | Finance Systems of Toledo 2821 N Holland Sylvania Rd # C Toledo, OH 43615-1871 | | | | | |
| | Financial Debt Recovery PO Box 9816 Brea, CA 92822 | | | | | |
| | Freedman Anselmo Lindberg & Rappe PO Box 3228 Naperville, IL 60566 | | | | | |
| | GC Services 6330 Gulfton St. Houston, TX 77081 | | | | | |
| | Geico One Geico Plaza Bethesda, MD 20811 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Healthcare Information Svc LLC 6910 S Madison St, Willowbrook, IL 60527 | | | | | |
| | Horizon Financial Management 8585 S Broadway, Suite 880 Merrillville, IN 46410 | | | | | |
| | Illinois Bone and Joint 507 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Illinois Department of Transport. 1340 N. 9th Street Springfield, IL 62766 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532 | | | | | |
| | Linebarger Goggan Blair & Sampson PO Box 06152 Chicago, IL 60606 | | | | | |
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068 | | | | | |
| | Miramed PO Box 536 Linden, MI 48451 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morton Grove Medical Imaging 6910 S Madison St. Willowbrook, IL 60527 | | | | | |
| | NCO Financial 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Park Ridge Anesthesiology PO Box 1123 Jackson, MI 49204 | | | | | |
| | Physician Of The Nothshore 9555 Gross Point Road Skokie, IL 60076-1356 | | | | | |
| | RJH Acquisitions LLC 575 Underhill BLVD Suite 224 Syosset, NY 11791 | | | | | |
| | Rush University Medical Center 1725 W. Harrison Street Suite 155-PB III Chicago, IL 60612 | | | | | |
| | SCH Laboratory Physicians Department 4353 Carol Stream, IL 60122 | | | | | |
| | Southern California Orthopaedic 3838 Sherman Dr. #2 Riverside, CA 92503 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish Covenant Hospital 5145 North California Avenue Chicago, IL 60625 | | | | | |
| | Trustmark Recovery Services 541 Otis Bowen Drive Munster, IN 46321 | | | | | |
| | USAA Subrogation P.O box 659476 San Antonio, TX 78265 | | | | | |
| | Wells Fargo PO Box 5296 Carol Stream, IL 60197-5296 | | | | | |
| | X-Ray Associates PO BOX 2863 Toledo, OH 43606 | | | | | |
| 000001 | ACS/EDFUNDIN | | | | | |
| 000002 | ACS/EDFUNDIN | | | | | |
| 000003 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000005 | FORD MOTOR CREDIT COMPANY LLC DBA M | | | | | |
| 000004 | MARY HEDEEN | | | | | |
| 000006 | STATE FARM BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-25056 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | GIULIANI, MICHAEL S | | | Date Filed (f) or Converted (c): | 06/14/11 (f) |
| | | | | 341(a) Meeting Date: | 07/22/11 |
| For Period Ending: 05/24/13 | | | | Claims Bar Date: | 05/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH TCF BANK | 428.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. SAVINGS ACCOUNT WITH TCF BANK | 377.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. MISCELLANEOUS USED HOUSEHOLD GOODS | 1,350.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISCELLANEOUS BOOKS, TAPES, CD'S, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. PERSONAL USED CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. MISCELLANEOUS COSTUME JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. EMPLOYER - TERM LIFE INSURANCE - NO CASH SURRENDER | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2001 LINCOLN LS 130,000 MILES | 3,225.00 | 2,400.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Personal Injury Action (u) | Unknown | 56,301.89 | | 71,301.89 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.44 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $6,130.00      $58,701.89      $71,303.33      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-25056   CAD   Judge: CAROL A. DOYLE | Trustee Name: Phillip D. Levey |
| Case Name: | GIULIANI, MICHAEL S | Date Filed (f) or Converted (c): 06/14/11 (f) |
| | | 341(a) Meeting Date: 07/22/11 |
| | | Claims Bar Date: 05/02/12 |

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-25056 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | GIULIANI, MICHAEL S | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2937 Checking |
| Taxpayer ID No: | *******2855 | | | |
| For Period Ending: | 05/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 45,431.29 | | 45,431.29 |
| 03/22/13 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 8,750.07 | 36,681.22 |
| 03/22/13 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 57.30 | 36,623.92 |
| 03/22/13 | 010003 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,725.00 | 31,898.92 |
| 03/22/13 | 010004 | Acs/edfundin<br>C/O Loan Science<br>501 Bleecker St<br>Utica, NY 13501 | Claim 000001, Payment 58.97470%<br>(1-1) Modified to correct PDF<br>(Modified on 7/6/2011) | 7100-000 | | 10,150.36 | 21,748.56 |
| 03/22/13 | 010005 | Acs/edfundin<br>C/O Loan Science<br>501 Bleecker St<br>Utica, NY 13501 | Claim 000002, Payment 58.97466%<br>(2-1) Modified to correct PDF<br>(Modified on 7/6/2011) | 7100-000 | | 10,880.27 | 10,868.29 |
| 03/22/13 | 010006 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Claim 000003, Payment 58.97480% | 7100-000 | | 479.30 | 10,388.99 |
| 03/22/13 | 010007 | Mary Hedeen<br>c/o: Scott C Kuntz<br>900 E Northwest Hwy<br>Mount Prospect, IL 60056 | Claim 000004, Payment 58.97461% | 7100-000 | | 4,180.71 | 6,208.28 |
| 03/22/13 | 010008 | FORD MOTOR CREDIT COMPANY LLC DBA MAZDA<br>AMERICAN CREDIT<br>C/O FREEDMAN ANSELMO LINDBERG LLC<br>1807 W DIEHL RD SUITE #333 | Claim 000005, Payment 58.97465% | 7100-000 | | 5,671.61 | 536.67 |
| | | | Page Subtotals | | 45,431.29 | 44,894.62 | |

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-25056 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GIULIANI, MICHAEL S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2937  Checking |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 05/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/13 | 010009 | NAPERVILLE IL 60563<br>State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 58.97537%<br>(6-1) CREDIT CARD DEBT | 7100-900 | | 536.67 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 45,431.29 | 45,431.29 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 45,431.29 | 0.00 | |
| | | | Subtotal | | 0.00 | 45,431.29 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 45,431.29 | |

Page Subtotals   0.00   536.67

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-25056 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GIULIANI, MICHAEL S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6286  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 05/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/12 | 9 | Jeffrey S. Raynes<br>1780 Orange Tree Lane<br>Redlands, CA  92374 | SETTLEMENT | | 71,301.89 | | 71,301.89 |
| | | RAYNES, JEFFREY S. | Memo Amount:        125,000.00<br>SETTLEMENT | 1142-000 | | | |
| | | RAYNES, JEFFREY S. | Memo Amount:   (      42,917.00 )<br>Special Counsel Fees | 3210-000 | | | |
| | | RAYNES, JEFFREY S. | Memo Amount:   (      10,781.11 )<br>Special Counsel Expenses | 3220-000 | | | |
| 05/30/12 | 000101 | Michael S. Giuliani<br>8919 W. 97th Street<br>Unit 2E<br>Palos Hills, IL 60465 | Exemption re Personal Injury Claim | 8100-000 | | 15,000.00 | 56,301.89 |
| 05/30/12 | 000102 | Boilermaker National Health Welfare Fund<br>754 Minnesota Avenue<br>Kansas City, KS 66101 | Medical Care Lien<br>Payment of medical care lien per Court dated May 1, 2012. | 4210-000 | | 10,805.12 | 45,496.77 |
| 05/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 45,496.95 |
| 06/29/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.46 | | 45,497.41 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 66.92 | 45,430.49 |
| 07/31/12 | 10 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.44 | | 45,430.93 |
| 08/30/12 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 45,431.29 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 45,431.29 | 0.00 |

Page Subtotals      71,303.33      71,303.33

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-25056 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GIULIANI, MICHAEL S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6286  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2855 | | |
| For Period Ending: | 05/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 125,000.00 | COLUMN TOTALS | 71,303.33   71,303.33   0.00 |
| Memo Allocation Disbursements: | 53,698.11 | Less: Bank Transfers/CD's | 0.00   45,431.29 |
|  |  | Subtotal | 71,303.33   25,872.04 |
| Memo Allocation Net: | 71,301.89 | Less: Payments to Debtors | 15,000.00 |
|  |  | Net | 71,303.33   10,872.04 |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 125,000.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 53,698.11 | | Checking - ********2937 | 0.00 | 45,431.29 | 0.00 |
| | | | Money Market Account (Interest Earn - ********6286 | 71,303.33 | 10,872.04 | 0.00 |
| Total Memo Allocation Net: | 71,301.89 | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 71,303.33 | 56,303.33 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)